UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERREIRA, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC., NORDSTROM, INC., individually and on behalf of all similarly situated entities, and DOES 1 through 100, inclusive.<br><br>Defendants. | CV No. 11 CV 0132 DMS POR<br><br>**ORDER ON PLAINTIFF'S AND DEFENDANTS' JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS GROUPON, INC. AND NORDSTROM, INC. TO RESPOND TO THE COMPLAINT**<br><br>Judge:  Hon. Dana M. Sabraw<br>Courtroom:  10 |

DLA Piper LLP (US)
San Diego

EAST\44508049.1            ORDER ON JOINT MOTION            11CV0132 DMS POR

1     This Court, having fully considered the Plaintiff's and Defendants' Joint Motion For An Extension of Time for Defendants Groupon, Inc. and Nordstrom, Inc. to Respond to the Complaint, and for good cause appearing,

    IT IS HEREBY ORDERED that the Joint Motion is granted.  Defendants Groupon, Inc. and Nordstrom, Inc. (collectively "Defendants") shall respond to the Complaint (i) 45 days after the filing of a Consolidated Amended Complaint or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motion, or (ii) 45 days after service of the JPML's decision on the MDL Motion to consolidate or whatever deadline is set by this Court, in the event the JPML denies the MDL Motion to consolidate.

    IT IS SO ORDERED.

Dated:  April 18, 2011

_____
UNITED STATES DISTRICT COURT JUDGE
HON. DANA M. SABRAW